The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-00262-MJP<br><br>[PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT PEOPLECONNECT, INC. TO ANSWER OR OTHERWISE PLEAD<br><br>NOTE ON MOTION CALENDAR: MARCH 8, 2021 |

Before the Court is Agreed Motion For Extension Of Time For Defendant PeopleConnect, Inc. To Answer Or Otherwise Plead ("Motion"). The Court, being duly advised, and finding good cause to grant the Motion, hereby ORDERS the Motion is granted and Defendant PeopleConnect, Inc. has until May 3, 2021 to answer or otherwise plead.

IT IS SO ORDERED.
  Dated this day _____ of _____, 2021

_____
The Honorable Marsha J. Pechman

//

//

//

[PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD - 1
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100 FACSIMILE: 213 239-5199

1  Presented by:

2  Defendant PeopleConnect, Inc.

3

4  */s/* Brent Caslin
   Brent Caslin, Washington State Bar No. 36145

5  JENNER & BLOCK LLP
   633 West 5th Street, Suite 3600

6  Los Angeles, California 90071-2054
   Telephone:  213 239-5100

7  Facsimile:  213 239-5199
   bcaslin@jenner.com

8

[PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD - 2
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100 FACSIMILE: 213 239-5199