The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>　　　　　　　　　　　　　　Defendant. | Case No. 2:21-cv-00262-MJP<br><br>ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT PEOPLECONNECT, INC. TO ANSWER OR OTHERWISE PLEAD<br><br>NOTE ON MOTION CALENDAR: MARCH 8, 2021 |

Before the Court is Agreed Motion For Extension Of Time For Defendant PeopleConnect, Inc. To Answer Or Otherwise Plead ("Motion"). The Court, being duly advised, and finding good cause to grant the Motion, hereby ORDERS the Motion is granted and Defendant PeopleConnect, Inc. has until May 3, 2021 to answer or otherwise plead.

IT IS SO ORDERED.
　Dated March 9, 2021

_____
Marsha J. Pechman
United States Senior District Judge

//

//

ORDER GRANTING AGREED MOTION
FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER OR OTHERWISE PLEAD - 1
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100 FACSIMILE: 213 239-5199

1  //

2  Presented by:

3  Defendant PeopleConnect, Inc.

4

5  */s/* Brent Caslin
Brent Caslin, Washington State Bar No. 36145

6  JENNER & BLOCK LLP
633 West 5th Street, Suite 3600

7  Los Angeles, California 90071-2054
Telephone:  213 239-5100

8  Facsimile:  213 239-5199
bcaslin@jenner.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER GRANTING AGREED MOTION
FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER OR OTHERWISE PLEAD - 2
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100 FACSIMILE: 213 239-5199