The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-00262-MJP<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THEIR MOTION TO DISMISS |

This matter came before the Court on the Defendant PeopleConnect, Inc.'s Unopposed Motion to Stay Discovery Pending Resolution of Its Motion to Dismiss ("Motion to Stay Discovery"). Having considered the Motion, the Court **GRANTS** the Motion to Stay Discovery. Therefore, discovery shall be stayed pending this Court's resolution of Defendant's Motion to Dismiss. The case schedule deadlines currently set for the parties to conduct a rule 26(f) conference, exchange initial disclosures, and submit a joint status report and discovery plan on June 14, 2021, June 21, 2021, and June 28, 2021, respectively, are vacated. If necessary, this Court will re-calendar the deadlines after ruling on the pending Motion to Dismiss.

\\

\\

ORDER GRANTING
MOTION TO STAY DISCOVERY – 1
2:21-CV-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100

Dated this 5th day of May, 2021

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

Defendant PeopleConnect, Inc.


*/s/* Brent Caslin
Brent Caslin, Washington State Bar No. 36145
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Telephone: 213 239-5100
bcaslin@jenner.com

[PROPOSED] ORDER GRANTING
MOTION TO STAY DISCOVERY – 2
2:21-CV-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100