UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, <br><br> Plaintiff, <br><br> v. <br><br> PEOPLECONNECT INC, <br><br> Defendant. | CASE NO. C21-262 MJP <br><br> ORDER GRANTING AGREED MOTION TO EXTEND TIME |

This matter comes before the Court on the Parties' Agreed Motion for Extension of Time to Oppose Defendant's Motion to Dismiss. (Dkt. No. 16.) Having reviewed the Motion and the relevant record, the Court GRANTS the Motion and ORDERS as follows:

1. Plaintiff's Opposition to the Motion to Dismiss shall be due by no later than June 11, 2021;
2. Defendant's Reply to the Motion to Dismiss shall be due by no later than July 2, 2021; and
3. Defendant's Motion to Dismiss (Dkt. No. 13) shall be re-noted to July 2, 2021.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated May 7, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge