The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-00262-MJP<br><br>ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW JULY 5 ORDER |

ORDER GRANTING
MOTION TO WITHDRAW JULY 5 ORDERS – 1
2:21-CV-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100

This matter comes before the Court on Defendant PeopleConnect, Inc.'s Unopposed Motion for the Withdrawal of July 5 Orders ("Withdrawal Motion"). Having considered the brief and argument, and reviewed the Court's previous orders, the Court hereby **GRANTS** the Withdrawal Motion. The Court's July 5, 2021 Minute Order (Dkt. No. 20) is withdrawn and the parties are instructed to abide by the Court's two previous two orders regarding scheduling and Rule 26 disclosures, Dkt. Nos. 9 and 15.

Dated this 12th day of July, 2021

The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

Defendant PeopleConnect, Inc.

*/s/* Brent Caslin
Brent Caslin, Washington State Bar No. 36145
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Telephone: 213 239-5100
bcaslin@jenner.com

ORDER GRANTING
MOTION TO WITHDRAW JULY 5 ORDERS – 2
2:21-CV-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100