1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | Case No. 2:21-cv-00262-MJP<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff hereby provides this notice of supplemental authority of a new opinion in a right to publicity case in relation to the Response by Plaintiff to Defendant's Motion to Dismiss (Dkt. No. 18). *See Lukis v. Whitepages Incorporated*, Case No. 19-cv-04871, ECF No. 219 (N.D. Ill. July 16, 2021), attached hereto as Exhibit A. *Lukis* was issued after Plaintiff filed her Opposition, so Plaintiff could not cite it therein. In *Lukis*, Judge Gary Feinerman denied Whitepages Incorporated's ("Whitepages") motions to dismiss for lack of standing, lack of personal jurisdiction, and based on an arbitration provision in Whitepages' Terms of Use. The motion to dismiss based on the arbitration provision in *Lukis* raised substantially similar issues as Defendant's Motion to Dismiss does here.

Dated: July 19, 2021

**BURSOR & FISHER, P.A.**

By:  */s/ Philip L. Fraietta*
           Philip L. Fraietta

Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: pfraietta@bursor.com

**CARSON NOEL PLLC**
Wright A. Noel (State Bar No. 25264)
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: (425) 837-4717
Fax: (425) 837-5396
E-Mail: wright@carsonnoel.com

*Attorneys for Plaintiff*