The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>     v.<br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>                Defendant. | Case No. 2:21-cv-00262-MJP<br><br>DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT |

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
2:21-CV-00262-MJP

JENNER & BLOCK LLP
633 West 5th Street
Los Angeles, CA 90071
Tel: 213 239-5100

* * *

Local Civil Rule 7(n) allows a party to bring to the Court's attention relevant authority issued after the date of the party's last brief.  The defendant's last brief in support of its motion to dismiss was filed with this Court on July 1, 2021.  ECF No. 19.  On July 19, 2021, the U.S. District Court for the Northern District of Illinois issued a decision in *Fischer et al v. Instant Checkmate LLC* Case No. 19-cv-04892.  The opinion, which compels a plaintiff to arbitrate her claims against a website that operates under the same parent as Classmates.com, is attached hereto as Exhibit A.

Local Rule 7(n) instructs parties not to submit argument with the notice of supplemental authority.  If this Court requests further argument regarding the decision in *Fischer*, however, the defendants will happily supplement its briefing to address this new relevant authority.

Dated this 20th day of July, 2021.

JENNER & BLOCK LLP

 /s/ Brent Caslin
Brent Caslin, Washington State Bar No. 36145
bcaslin@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Telephone:  213 239-5100

Attorney for Defendant PeopleConnect, Inc.

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY – 1
2:21-CV-00262-MJP

JENNER & BLOCK LLP
633 West 5th Street
Los Angeles, CA 90071
Tel: 213 239-5100

**CERTIFICATE OF SERVICE**

I hereby certify that on the date given below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

DATED this 20th day of July, 2021.

/s/ *Brent Caslin*
Brent Caslin

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
2:21-CV-00262-MJP

JENNER & BLOCK LLP
633 West 5th Street
Los Angeles, CA 90071
Tel: 213 239-5100