The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-00262-MJP<br><br>**DEFENDANT'S NOTICE OF APPEAL AND CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

DEFENDANT'S NOTICE OF APPEAL
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100

NOTICE IS HEREBY GIVEN that Defendant PeopleConnect, Inc. ("Defendant") appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendant's Motion to Compel Arbitration ("Order"), entered on August 10, 2021 (Dkt. No. 25). A true and correct copy of the Order is attached hereto as Exhibit 1. The Order is immediately appealable pursuant to 9 U.S.C. § 16(a)(1)(B).

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, Defendant's Representation Statement is attached hereto as Exhibit 2.

Dated:  August 20, 2021

JENNER & BLOCK LLP

By: /s/ *Brent Caslin*

Brent Caslin, Washington State Bar No. 36145
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Telephone:  213 239-5100
bcaslin@jenner.com

Attorney for Defendant PeopleConnect, Inc.

DEFENDANT'S NOTICE OF APPEAL - 1
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100

**CERTIFICATE OF SERVICE**

I hereby certify that on the date given below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Executed on:  August 20, 2021                    By: /s/ *Brent Caslin*
                                                             Brent Caslin

DEFENDANT'S NOTICE OF APPEAL - 2
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100