# EXHIBIT 2

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-00262-MJP<br><br>**DEFENDANT'S RULE 3-2 REPRESENTATION STATEMENT** |

DEFENDANT'S RULE 3-2
REPRESENTATION STATEMENT
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100

# RULE 3-2 REPRESENTATION STATEMENT

Defendant PeopleConnect, Inc. is represented by the following counsel:

**JENNER & BLOCK LLP**
Brent Caslin, Washington State Bar No. 36145*
bcaslin@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Telephone: 213 239-5100

**JENNER & BLOCK LLP**
Debbie L. Berman*
dberman@jenner.com
Wade A. Thomson*
wthomson@jenner.com
Clifford W. Berlow*
cberlow@jenner.com
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: 312 222-9350

**JENNER & BLOCK LLP**
Ian H. Gershengorn*
igershengorn@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: 202 639-6000

* Attorney registered for electronic filing in the Ninth Circuit.

Plaintiff Barbara Knapke is represented by the following counsel:

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice)*
pfraietta@bursor.com
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150

**CARSON NOEL PLLC**
Wright A. Noel (State Bar No. 25264)
wright@carsonnoel.com
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: (425) 837-4717

DEFENDANT'S RULE 3-2
REPRESENTATION STATEMENT - 1
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100

1    Dated:  August 20, 2021                           JENNER & BLOCK LLP

2                                                      By: /s/ *Brent Caslin*

3                                                      Brent Caslin, Washington State Bar No. 36145
4                                                      JENNER & BLOCK LLP
                                                       633 West 5th Street, Suite 3600
5                                                      Los Angeles, California 90071-2054
                                                       Telephone:  213 239-5100
6                                                      bcaslin@jenner.com

7
                                                       Attorney for Defendant PeopleConnect, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     DEFENDANT'S RULE 3-2                                        JENNER & BLOCK LLP
     REPRESENTATION STATEMENT - 2                                633 WEST 5TH STREET
     2:21-cv-00262-MJP                                           LOS ANGELES, CA 90071
                                                                 TELEPHONE: 213 239-5100

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date given below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Executed on:  August 20, 2021                    By: /s/ *Brent Caslin*
                                                          Brent Caslin

DEFENDANT'S RULE 3-2
REPRESENTATION STATEMENT - 3
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100