The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all others similarly situated,<br><br>                                              Plaintiff,<br><br>vs.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>                                              Defendant. | Case No. 2:21-cv-00262-MJP<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT PEOPLECONNECT, INC. TO ANSWER<br><br>NOTE ON MOTION CALENDAR: AUGUST 20, 2021 |

Before the Court is the Unopposed Motion To Extend Time For Defendant PeopleConnect, Inc. To Answer ("Motion"). The Court, being duly advised, and finding good cause to grant the Motion, hereby ORDERS the Motion is granted and Defendant PeopleConnect, Inc. has until 14 days after the Court rules on the Motion to Stay Pending Appeal to answer.

IT IS SO ORDERED.

Dated this day <u>27th</u> of <u>August</u>, 2021

_Marsha J. Pechman_
Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND TIME FOR DEFENDANT
PEOPLECONNECT, INC. TO ANSWER - 1
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100

Presented by:

Defendant PeopleConnect, Inc.

*/s/* Brent Caslin
Brent Caslin, Washington State Bar No. 36145
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Telephone:  213 239-5100
bcaslin@jenner.com

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND TIME FOR DEFENDANT
PEOPLECONNECT, INC. TO ANSWER - 2
2:21-cv-00262-MJP

JENNER & BLOCK LLP
633 WEST 5TH STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100