| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 20 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BARBARA KNAPKE,

        Plaintiff-Appellee,

v.

PEOPLECONNECT, INC.,

        Defendant-Appellant.

No.   21-35690

D.C. No. 2:21-cv-00262-MJP
Western District of Washington,
Seattle

ORDER

Before:  McKEOWN and W. FLETCHER, Circuit Judges.

    Appellant's motion for a stay of lower court proceedings pending appeal (Docket Entry No. 8) is denied.

    Appellant's request for an administrative stay to permit en banc reconsideration of *Britton v. Co-op Banking Group*, 916 F.2d 1405 (9th Cir. 1990) is denied.

    The briefing schedule established previously remains in effect.