The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. 2:21-cv-00262-MJP<br><br>NOTICE OF CHANGE OF ADDRESS |

TO THE COURT, THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that the Los Angeles office of Jenner & Block LLP, which represents Defendant PeopleConnect, Inc. in this action, has relocated to the following address:

Jenner & Block LLP

515 South Flower Street, Suite 3300

Los Angeles, CA 90071

NOTICE OF CHANGE OF ADDRESS - 1
2:21-cv-00262-MJP

JENNER & BLOCK LLP
515 S. FLOWER STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100

1  Dated this 28th day of October, 2021.

2

3                                                                JENNER & BLOCK LLP

4                                                                 *s/ Brent Caslin*
                                                                 Brent Caslin, Washington State Bar No. 36145
5                                                                bcaslin@jenner.com
                                                                 515 S. Flower Street, Suite 3300
6                                                                Los Angeles, California 90071-2246
                                                                 Telephone:  213 239-5100
7
                                                                 Debbie L. Berman (*pro hac vice*)
8                                                                Wade A. Thomson (*pro hac vice*)
                                                                 dberman@jenner.com
9                                                                wthomson@jenner.com
                                                                 353 North Clark Street
10                                                               Chicago, IL 60654
                                                                 Telephone:  213-222-9350
11

12                                                               Attorneys for Defendant PeopleConnect, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **CERTIFICATE OF SERVICE**

2  I hereby certify that on the date given below, I caused the foregoing document to be
3 electronically filed with the Clerk of the Court using the CM/ECF which sent notification of such
4 filing to the e-mail addresses denoted on the Electronic Mail Notice List.

5  DATED this 28th day of October, 2021.

6  /s/ *Brent Caslin*
   Brent Caslin
7

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF CHANGE OF ADDRESS
2:21-cv-00262-MJP

JENNER & BLOCK LLP
515 S. FLOWER STREET
LOS ANGELES, CA 90071
TELEPHONE: 213 239-5100