# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 16, 2021

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  PeopleConnect, Inc.
           v. Barbara Knapke
           No. 21-725
           (Your No. 21-35690)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 12, 2021 and placed on the docket November 16, 2021 as No. 21-725.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst