1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

BARBARA KNAPKE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

PEOPLECONNECT, INC., a Delaware Corporation,

Defendant.

Case No. 2:21-cv-00262-MJP

ORDER GRANTING PLAINTIFF KNAPKE'S MOTION TO STAY PROCEEDINGS PENDING APPEAL OF THE COURT'S DENIAL OF THE DEFENDANT'S MOTION TO COMPEL ARBITRATION

This matter came before the court on the Plaintiff Knapke's Unopposed Motion to Stay. Having considered the Motion, the Court hereby GRANTS the Motion to Stay.   Therefore, this case shall be stayed pending appeal of the Court's denial of Defendant's Motion to Compel Arbitration. *Knapke v. PeopleConnect*, 21-35690 (9th Cir.) (Dkt. 1). The parties will inform the Court within fourteen days upon resolution of the appeal.

Dated this 19th day of November, 2021

*Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge

BURSOR & FISHER, P.A.
888 Seventh Avenue
P. 646.837.7150   |   F. 212.989.9163

Presented by:

Plaintiff Barbara Knapke

By:＿＿＿/s/ Philip L. Fraietta＿＿＿
Philip L. Fraietta (admitted *Pro Hac Vice*)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Wright A. Noel, WSBA# 25264
**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: 425 837-4717
Facsimile: 425 837-5396
Email: wright@carsonnoel.com

BURSOR & FISHER, P.A.
888 Seventh Avenue
P. 646.837.7150   |   F. 212.989.9163