The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALYSSA IZZO and JOHN WILSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | No. 2:22-cv-00016-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE AND STAY PROCEEDINGS |

This matter came before the Court on the Parties' Stipulated Motion To Consolidate and Stay Proceedings. Having considered the Motion, **IT IS HEREBY ORDERED** that Parties' Stipulated Motion To Consolidate and Stay Proceedings is **GRANTED**. Accordingly: (1) this matter is consolidated with *Knapke v. PeopleConnect, Inc.*, No. 21-262-MJP; (2) further proceedings in this matter are stayed pending resolution of the *Knapke* appeal; (3) Defendant's time to answer or otherwise respond to the Complaint is held in abeyance; and (4) the deadlines set in this Court's Scheduling Order are vacated.

\\

\\

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE AND STAY PROCEEDINGS - 1
NO. 2:22-CV-00016-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED: February 25, 2022

*[signature]*

Hon. Marsha J. Pechman
U.S. Senior District Judge

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**

By: s/ *Michael Rosenberger*
    Michael Rosenberger, WSBA #17730
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    mrosenberger@gordontilden.com

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE AND STAY PROCEEDINGS - 2
NO. 2:22-CV-00016-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477