UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, ALYSSA IZZO, and JOHN WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendant. | CASE NO. C21-262 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court issues this Minute Order after reviewing the Ninth Circuit's Opinion vacating and remanding this action. (Dkt. No. 55.) The Court ORDERS the Parties to meet and confer to discuss the discovery to be conducted on the narrow issues outlined in the Ninth Circuit's Order, and the timing for any such discovery. The Court urges the Parties to reach agreement on a proposed schedule. The Parties shall conduct the meet and confer no later than 7 days from entry of this Minute Order. The Court further ORDERS the Parties to submit a Joint Status Report

MINUTE ORDER - 1

outlining the Parties' proposed schedule for conducting the limited discovery. The JSR shall be filed no later than 14 days from entry of this Minute Order.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 29, 2022.

                                         Ravi Subramanian
                                         Clerk of Court

                                         s/Serge Bodnarchuk
                                         Deputy Clerk