The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  2:21-cv-00262-MJP<br><br>**JOINT STATUS REPORT** |
| ALYSSA IZZO and JOHN WILSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:22-cv-00016-MJP |

Pursuant to the Court's June 29, 2022 Order (Dkt. 56), Plaintiffs Barbara Knapke, Alyssa Izzo and John Wilson (collectively, "Plaintiffs") and Defendant PeopleConnect, Inc.

JOINT STATUS REPORT - 1
No. 2:21-cv-00262-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

("PeopleConnect"), by and through their attorneys, respectfully submit the following Joint Status Report:

1. On June 29, 2022, the Ninth Circuit vacated the Court's decision denying PeopleConnect's Motion to Compel Plaintiff Knapke to Arbitration (Dkt. 25) and remanded the case for arbitration-related discovery. *Knapke v. PeopleConnect, Inc*., No. 21-35690 (June 29, 2022), at 5. The Ninth Circuit held that "questions of fact precluded ruling on the motion to compel arbitration" including "whether Knapke and [her attorney] had an agency relationship when [her attorney] agreed to the Terms of Service; if they did have an agency relationship, whether and how Knapke limited [her attorney]'s authority as her agent; and whether Knapke ratified [her attorney]'s agreement to arbitrate even if [her attorney] initially lacked authority to bind her to the agreement." *Id*. at 4–5. The Ninth Circuit concluded that under the Federal Arbitration Act, "PeopleConnect has a right to conduct discovery on these and related arbitrability issues before the district court decides the motion to compel arbitration." *Id*. at 5.

2. On June 29, 2022, the Court ordered the parties to meet and confer to discuss discovery and submit a Joint Status Report by July 13, 2022. (Dkt. 56).

3. On July 6, 2022, counsel for Plaintiffs and PeopleConnect met and conferred via Zoom.

4. After the meet and confer, counsel for Plaintiff Knapke learned that she had passed away. Her counsel is in the process of identifying the proper successor in interest pursuant to Rule. 25. The parties request an additional thirty (30) days for Plaintiff Knapke's counsel to do so and report to PeopleConnect and the Court regarding proposed next steps.

5. Plaintiffs Izzo and Wilson and PeopleConnect agree that their portion of this case should remain stayed pending the Ninth Circuit's resolution of the appeal in *Boshears v.*

JOINT STATUS REPORT - 2
No. 2:21-cv-00262-MJP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

*PeopleConnect, Inc.,* No. 22-35262, as Plaintiffs Izzo and Wilson's case involves similar questions of law.

Dated this 13th day of July, 2022

Respectfully submitted,

| CARSON NOEL PLLC | GORDON TILDEN THOMAS & CORDELL LLP |
|---|---|
| By: /s/ Wright A. Noel | By: /s/ Michael S. Rosenberger |
| Wright A. Noel (State Bar No. 25264)<br>20 Sixth Avenue NE<br>Issaquah, WA 98027<br>Tel: (425) 837-4717<br>Email: wright@carsonnoel.com | Michael Rosenberger, WSBA # 17730<br>Mark Wilner, WSBA # 31550<br>Samantha K. Pitsch, WSBA # 54190<br>600 University Street, Suite 2915<br>Seattle, Washington 98101<br>Telephone: 206 467-6477<br>Email: mrosenberger@gordontilden.com<br>Email: mwilner@gordontilden.com<br>Email: spitsch@gordontilden.com |
| Philip L. Fraietta (*Pro Hac Vice*)<br>**BURSOR & FISHER, P.A.**<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Email: pfraietta@bursor.com | |
| *Attorneys for Barbara Knapke* | Debbie L. Berman (*pro hac vice*)<br>Wade A. Thomson (*pro hac vice*)<br>Clifford W. Berlow (*pro hac vice*)<br>**JENNER & BLOCK LLP**<br>353 North Clark Street<br>Chicago, IL 60654<br>Telephone: 213-222-9350<br>Email: dberman@jenner.com<br>Email: wthomson@jenner.com |
| Samuel Strauss<br>Raina Borrelli (*Pro Hac Vice*)<br>**TURKE & STRAUSS LLP**<br>613 Williamson St., Suite 201<br>Madison, Wisconsin 53703-3515<br>Telephone: (608) 237-1775<br>Email: sam@turkestrauss.com<br>Email: raina@turkestrauss.com | |
| Michael F. Ram (SBN 104805)<br>Marie N. Appel (SBN 187483)<br>**MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913 | Brent Caslin, WSBA # 36145<br>**JENNER & BLOCK LLP**<br>515 S. Flower Street, Suite 3300<br>Los Angeles, California 90071-2246<br>Telephone: 213 239-5100<br>Email: bcaslin@jenner.com<br><br>*Attorneys for Defendant* |

JOINT STATUS REPORT - 3
No. 2:21-cv-00262-MJP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

Email: mram@forthepeople.com
Email: mappel@forthepeople.com

*Attorneys for Alyssa Izzo and John Wilson*

| JOINT STATUS REPORT - 4 | GORDON TILDEN THOMAS CORDELL | 600 University Street |
| No. 2:21-cv-00262-MJP | | Suite 2915 |
| | | Seattle, WA 98101 |
| | | 206.467.6477 |