UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, ALYSSA IZZO, and JOHN WILSON,<br><br>              Plaintiffs,<br><br>    v.<br><br>PEOPLECONNECT, INC.,<br><br>              Defendant. | CASE NO. C21-262 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court issues this Minute Order after reviewing the Parties' Joint Status Report. (Dkt. No. 57.) In light of the death of Ms. Knapke and the Parties' representations in the JSR, the Court EXTENDS the deadline by which the Parties must file a Joint Status Report (as ordered by Dkt. No. 56) by 30 days.

\\

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed July 13, 2022.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Serge Bodnarchuk
                                        Deputy Clerk

MINUTE ORDER - 2