UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BARBARA KNAPKE,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>PEOPLECONNECT, INC.,<br><br>   Defendant - Appellant. | No. 21-35690<br><br>D.C. No. 2:21-cv-00262-MJP<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered June 29, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

              FOR THE COURT:

              MOLLY C. DWYER
              CLERK OF COURT

              By: Nixon Antonio Callejas Morales
              Deputy Clerk
              Ninth Circuit Rule 27-7