UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC.,<br><br>Defendants. | Case No. 2:21-cv-00262-MJP<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's August 15, 2022 Order (Dkt. 61), Counsel for Plaintiff Barbara Knapke, ("Plaintiff") and Defendant PeopleConnect, Inc. ("PeopleConnect"), by and through their attorneys, respectfully submit the following Joint Status Report:

1. On June 29, 2022, the Ninth Circuit vacated the Court's decision denying PeopleConnect's Motion to Compel Plaintiff Knapke to Arbitration (Dkt. 25) and remanded the case for arbitration-related discovery. *Knapke v. PeopleConnect, Inc.*, No. 21-35690 (June 29, 2022), at 5. The Ninth Circuit held that "questions of fact precluded ruling on the motion to compel arbitration" including "whether Knapke and [her attorney] had an agency relationship when [her attorney] agreed to the Terms of Service; if they did have an agency relationship, whether and how Knapke limited [her attorney]'s authority as her agent; and whether Knapke ratified [her attorney]'s agreement to arbitrate even if [her attorney] initially lacked authority to bind her to the

agreement." *Id.* at 4–5. The Ninth Circuit concluded that under the Federal Arbitration Act, "PeopleConnect has a right to conduct discovery on these and related arbitrability issues before the district court decides the motion to compel arbitration." *Id.* at 5.

      2. On June 29, 2022, the Court ordered the parties to meet and confer to discuss discovery and submit a Joint Status Report by July 13, 2022. (Dkt. 56).

      3. On July 6, 2022, counsel for Plaintiffs and PeopleConnect met and conferred via Zoom. After the meet and confer, counsel for Plaintiff Knapke learned that she had passed away. At that time, the parties requested an additional thirty (30) days for Plaintiff Knapke's counsel to identify the proper successor in interest pursuant to Rule 25, and to report to PeopleConnect and the Court regarding proposed next steps. (Dkt. 57). The Court granted that request. (Dkt. 58).

      4. On August 12, 2022, Counsel for Plaintiff requested an additional thirty (30) day extension to fully collect and submit documents related to Ms. Knapke's death (Dkt. 60).

      5. On August 15, 2022, the Court granted the request for an additional thirty (30) day extension for Plaintiff to fully collect and submit documents (Dkt. 61).

      6. On September 12, 2022.  Plaintiff's Counsel filed a suggestion of death on the record (Dkt. 62) and a motion to substitute Ms. Knapke's husband and sole heir, Jerald Knapke, as Plaintiff (Dkt. 63).  Mr. Knapke has informed Plaintiff's counsel that he does not intend to pursue the case upon being substituted pursuant to Rule 25.  Plaintiff's Counsel will file a notice of voluntary dismsissal on Mr. Knapke's behalf once the Court grants the motion to substitute.

Dated:  September 12, 2022            Respectfully submitted,

                                          **BURSOR & FISHER, P.A.**

                                          By:   */s/ Philip L. Fraietta*
                                                 Philip L. Fraietta

                                          Philip L. Fraietta (*Pro Hac Vice*)
                                          888 Seventh Avenue
                                          New York, NY 10019
                                          Telephone: (646) 837-7150
                                          Facsimile:  (212) 989-9163
                                          E-Mail: pfraietta@bursor.com

**CARSON NOEL PLLC**
Wright A. Noel (State Bar No. 25264)
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: (425) 837-4717
Fax: (425) 837-5396
E-Mail: wright@carsonnoel.com

*Attorneys for Plaintiff*

**GORDON TILDEN THOMAS & CORDELL LLP**

By: */s/ Michael Rosenberger*

Michael Rosenberger, WSBA # 17730
Mark Wilner, WSBA # 31550
Samantha K. Pitsch, WSBA # 54190
600 University Street, Suite 2915
Seattle, Washington 98101
Telephone: 206 467-6477
Email: mrosenberger@gordontilden.com
Email: mwilner@gordontilden.com
Email: spitsch@gordontilden.com

Debbie L. Berman (*pro hac vice pending*)
Wade A. Thomson (*pro hac vice pending*)
Clifford W. Berlow (*pro hac vice pending*)
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL 60654
Telephone: 213-222-9350
Email: dberman@jenner.com
Email: wthomson@jenner.com

Brent Caslin, WSBA # 36145
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, California 90071-2246
Telephone: 213 239-5100
Email: bcaslin@jenner.com

*Attorneys for Defendant*