UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA KNAPKE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>PEOPLECONNECT, INC.,<br><br>                    Defendants. | Case No. 2:21-cv-00262-MJP<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY** |

THIS MATTER having come before the Court on Movant Jerald Knapke's ("Movant") Motion for Substitution, and the Court having considered the following pleadings and exhibits filed therewith:

1. Notice of Suggestion of Death for Barbara Knapke.
2. Jerald Knapke's Motion for Substitution of Party.

And the court being fully informed, the motion is hereby GRANTED as follows:

(1) Jerald Knapke is substituted in as Plaintiff for the deceased, Barbara A. Knapke, and

(2) This proceeding will hereafter be captioned "Jerald Knapke, individually and on behalf of all others similarly situated, v. PeopleConnect, Inc."

**SO ORDERED.**

**Dated: September, 20, 2022**

_____
Marsha J. Pechman
UNITED STATES SENIOR DISTRICT JUDGE