UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERALD KNAPKE,<br><br>               Plaintiff,<br><br>   v.<br><br>PEOPLECONNECT, INC.,<br><br>               Defendant. | CASE NO. C21-262 MJP<br><br>ORDER VACATING CONSOLIDATION |
| ALYSSA IZZO and JOHN WILSON<br><br>               Plaintiffs,<br><br>   v.<br><br>PEOPLECONNECT, INC.,<br><br>               Defendant. | CASE NO. C22-16 MJP |

      The Court issues this Order <u>sua sponte</u>. The voluntary dismissal filed by the plaintiff in Knapke v. PeopleConnnect, Inc., C21-262 MJP has terminated that action without further order

of this Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii). Given that the Knapke action has been terminated, the Court VACATES the Order consolidating Knapke with Izzo, et al. v. PeopleConnect, Inc., C22-16 MJP. (See Dkt. No. 50.) The Court hereby ORDERS that the docket in Knapke be closed and that all matters in the Izzo case be filed solely in the docket in C22-16 MJP with the following caption:

| | |
|---|---|
| ALYSSA IZZO and JOHN WILSON<br><br>Plaintiffs,<br><br>v.<br>PEOPLECONNECT, INC.,<br><br>Defendant. | CASE NO. C22-16 MJP |

The Court further ORDERS the Parties to meet and confer as to whether they wish the Izzo action to remain stayed pending the resolution of the appeal in Boshears v. PeopleConnect, Inc., No. 22-353262 (9th Cir.), as they had previously indicated. (See Dkt. No. 57.) The Parties must file a joint status report by no later than October 28, 2022 reporting on whether the matter should be stayed or not.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 19, 2022.

Marsha J. Pechman
United States Senior District Judge